THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
WHITMEL H. SMITH, Appellant.

(Submitted May 24, 1915; decided June 1, 1915.)

Motion for re-argument denied.   (See 215 N. Y. 629.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J.
BENEDICT ROACHE, Respondent, v. HARRY A. HANBURY,
Appellant.

Reported below, 162 App. Div. 337.
(Argued May 24, 1915; decided June 1, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered May 15, 1914, which affirmed
an order of Special Term adjudging the defendant guilty
of criminal contempt.

The motion was made upon the ground that the ques-
tions involved had become moot.

*Charles L. Craig* for motion.

*Harry A. Hanbury* opposed.

Motion denied, without costs.